# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOE N. WILFORD,

    Plaintiff,

v.                                     CASE NO. 4:03cv22-RH/WCS

PEAVY & SON CONSTRUCTION
CO., INC.,

    Defendant.

_____/

## ORDER DETERMINING DEFENDANT'S ENTITLEMENT TO AN AWARD OF ATTORNEY'S FEES

Defendant has prevailed on plaintiff's motion to enforce the settlement agreement in this matter. The settlement agreement provided that any breach "may be addressed by the federal district court with the prevailing party recovering attorney fees and costs, together with damages, as decided by the court." (Document 37, attachment 3 (exhibit C) at 1 ¶2.) At the hearing on plaintiff's motion to enforce, after the ruling in defendant's favor was announced, defendant moved orally for an award of fees, and plaintiff was given until July 20, 2005, to file any argument in opposition to entry of an order determining that defendant is entitled to such an award. Plaintiff has filed no such argument, apparently

acquiescing in entry of such an order. And even absent acquiescence, defendant is the "prevailing party" on the motion to enforce and thus is entitled to an award of fees.

Accordingly,

IT IS ORDERED:

Defendant is hereby determined, in accordance with Local Rule 54.1, to be entitled to an award of attorney's fees in connection with plaintiff's motion to enforce. Further proceedings for determination of the amount of fees to be awarded will go forward under Local Rule 54.1(E).

SO ORDERED this 31st day of July, 2005.

s/Robert L. Hinkle
Chief United States District Judge
